## STATEMENT OF OFFENSE

Leading up to Wednesday August 31, 2016, District of Columbia Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, Detective Palchak ("UC") posted an advertisement in a predicated area of an online website for classified advertisements which, based on the UC's experience and information gathered from other sources, is an area of the site frequented by individuals who have a sexual interest in children and incest, among other fetishes. The advertisement was intended to attract individuals with a sexual interest in children.

On Tuesday August 30, 2016, an individual later identified as the defendant, James Gordon, responded to the UC's advertisement via email stating, "Would love to share some taboo pics and vids with u." On August 31, 2016, the UC responded to the defendant's email stating, "cool, whats your kik?" "KiK' refers to KiK messenger, a free mobile application that permits users to send text messages and other content, including videos and images. The defendant provided a Kik messenger name of ""The1uthinkAbout," and began communicating via KIK messenger with the UC.

Once on KiK messenger, the defendant stated that he was a 29-year-old male residing in Waldorf, Maryland. The UC indicated that he was a 30-year-old male residing in Washington, D.C. and the father to a purported 9-year-old female child. The UC asked the defendant, "What kind of taboo u like" to which the defendant responded, "I like young girls. U? And incest." The defendant inquired whether the UC is "a perv" with his purported daughter. The UC responded affirmatively, to which the defendant stated, "Would love to do that" and that he had "fantasized" about it. The UC stated that he was concerned about trusting the defendant because of his purported daughter's age, to which the defendant responded, "…honestly kids love me. They think I'm awesome."

The defendant further inquired whether he could see "pics" of the UC's purported daughter. The UC agreed, and the defendant indicated he could send the UC "videos and pics" in return and that he had "tons" to share. The defendant then sent the UC an image of a prepubescent female child licking an adult male's erect penis. The UC sent the defendant an image depicting his purported daughter's abdomen. The image did not depict a real child.

The defendant then sent the UC two additional images of child pornography. Both images depicted the same prepubescent female child, and in each image, the child is being vaginally penetrated by an adult male penis. After sending the images, the defendant inquired, "So when did you meet up" and "Does she enjoy it when u do it?" The UC asked when the defendant was free, to which the defendant responded, "Sundays but money has been right so can't go till I get my commission check. And I'm free everyday after 5."

The defendant and the UC proceeded to discuss the UC's custody schedule and the defendant inquired, "later tonight? I may be able to do that. Have to check my money situation." The UC stated, "Understand that I'm not charging and have my own apartment lol." The defendant responded, "Lol no I was talking for gas…Lol…It's about a 20-30 min drive for me." The UC

1

inquired if the defendant meant that his car was on empty, and the defendant stated that his car is "damn near" empty and that he has "25 mi till." The defendant also stated, "Yea unfortunately I'm running a little behind this month."

The defendant then inquired about the UC's purported child, "She gives u head?" to which the UC responded, "Yes." The defendant then stated, "Something like this" and sent the UC a video of depicting a prepubescent female child appearing to be of infant or toddler age. The video depicts the child lying on a bed on its back, and the child is crying; her vaginal area is displayed and appears to be wet. An adult male can be seen in the foreground stroking his own erect penis with his hand, then rubbing his penis on the child's vagina. The adult male then begins rubbing the child's vagina with his finger and inserts it into her vagina. The defendant stated about the video that it is, "my fave."

The defendant also sent the UC a video of a prepubescent female child sucking an adult male penis. In the video, the adult male is holding the child by her head with his hands and inserting his erect penis into the child's mouth repeatedly while she is heard gagging. The adult male ejaculates in the child's mouth, and she is depicted gagging, spitting out the ejaculate, and vomiting. The adult male then resumes inserting his penis into the child's mouth.

The UC responded to the videos, "Loved it. So here is what I'm thinking that may work for both of us. I will give you 25.00 if you let me copy your vids, that will cover your gas and then we can play with my daughter too." The defendant responded, "Yea cant you save them off here? Idk how I would copy them without me texting them to …U." The UC responded, "Yeah I can do that to was just trying to help you put so I'll give you 25 for your stuff and I'll just save as you send?" The defendant responded, "Yea that's fine the 25 will help. Thank you." The UC then asked the defendant what time he was free, to which the defendant responded, "I'm off at 5." The defendant and the UC continued to discuss the logistics of a meeting, and agreed to meet at a bar near the UC's purported apartment.

The defendant then continued to send the UC additional photos and videos via KiK messenger, including the following:

- A video of a female child lying on her back with her legs in the air, exposing her vagina to the camera and manually masturbating herself by touching her vagina with her own hand;

- A video of a prepubescent female child standing nude in a bathroom and dancing provocatively to music for someone holding a camera. The child then rubs lotion all over her body and then sits on the floor and exposes her vagina to the camera from various positions;

- An image of a prepubescent child standing nude in front of a mirror posing provocatively for the camera, which she is holding herself;

- A video depicting a prepubescent female child lying naked on top of an adult male, straddling his erect penis; the adult male is seen rubbing his penis between the child's legs and moving the child up and down while grabbing her buttocks. The adult male then repositions the child to face the camera and continues to rub his penis on her vagina from behind. The adult male then penetrates the child's vagina with his finger.

The defendant then continued the chat by asking the UC what his purported child "will do." In response, the UC asked the defendant what he "wants to do with her." The defendant stated, "basically anything I would don't want to stretch her out or anything but rubbing and maybe head insertion." The defendant then asked the UC, "And she takes cum? I can I'm in her? How big are u." The defendant then discussed the logistics of the meeting, stating he would go home and then come to the District of Columbia at 7 pm that evening. The defendant and the UC exchanged telephone numbers.

During the course of the chats, the defendant stated that, "this is my first" and, "yea can't wait to slide in between her lips." After further discussing the length of time it would take for the defendant to reach D.C., the defendant stated he would let the UC know when he was on his way. The UC stated, "If your not interested or if you think she is to young just let me know, no big deal." The defendant responded, "No it's not that just making sure everything is covered."

Later in teh afternoon, the defendant and the UC then began communicating via text message. The defendant indicated he was "sketchy about this" and, "My whole issue is I just haven't been giving any indication ur not a cop u guess." The UC responded that he is "not a cop" and to "hit me up when your leaving." The defendant stated he was "definitely interested just covering my ass." The defendant and the UC then again returned to discussing logistics of the meeting and agreed to meet at a bar next to the UC's purported apartment complex. The defendant asked the UC if the UC could still "give me 30 for my gas." The UC responded that he could.

Shortly, thereafter, the defendant arrived at the pre-arranged meeting location and was arrested by federal agents. The defendant had, during his initial KiK messenger chats with the UC, had a photograph of his face posted on his KiK profile. The defendant, identified as Jason Gordon by federal agents via his driver's license, was the same person depicted on the KiK profile from which he had chatted with the UC.[1]

The defendant was transported to the Federal Bureau of Investigation Washington Field Office where he waived his <u>Miranda</u> rights and was interviewed. The defendant admitted to sending child pornography over KiK messenger to an individual he had met online. He also acknowledged that the individual with whom he was chatting had an approximately nine-year-old child and admitted that he had traveled from Waldorf, Maryland to the District of Columbia to see if the individual with whom he had chatted was "real."

---

[1] Midway through the course of the chats with the UC, the defendant changed his KiK profile picture so that his face was no longer depicted.

3

DETECTIVE TIMOTHY PALCHAK
Metropolitan Police Department

Sworn and subscribed to before me this _____ day of September, 2016

Honorable Deborah A. Robinson
United States Magistrate Judge